# United States Court of Appeals

## For the Eighth Circuit

_____

No. 24-2335

_____

Max A. Medcqm

*Plaintiff - Appellant*

v.

United States Department of State, Agency

*Defendant - Appellee*

Jane Doe, employee, US Embassy Nairobi, Kenya; John Doe, employee, US
Embassy Nairobi, Kenya

*Defendant*s

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: November 19, 2024
Filed: November 22, 2024
[Unpublished]

_____

Before SMITH, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Max Medcqm appeals following the district court's[1] dismissal of his pro se civil action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Montin v. Moore, 846 F.3d 289, 292 (8th Cir. 2017) (de novo review of grant of motion to dismiss). However, as to the constitutional and conspiracy claims against the Department of State and the individual defendants in their official capacities in Counts 1 through 6 of the Second Amended Complaint, we modify the dismissal to be without prejudice. See Hart v. United States, 630 F.3d 1085, 1091 (8th Cir. 2011) (affirming dismissal based on lack of subject-matter jurisdiction, but modifying dismissal to be without prejudice). We affirm the judgment as modified. See 8th Cir. R. 47B.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.